UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CAUSE NO. 1:09-cv-56 |
| SHANE CHALFANT, et al., | ) |  |
| Defendant. | ) |  |

## OPINION AND ORDER

Before the Court is a request for appointment of counsel (Docket # 6) made by *pro se* Defendant Shane Chalfant. On March 20, 2009, Chalfant was instructed to submit a Questionnaire for Appointment of Counsel (Docket #7) that included the requirement that Chalfant provide the names of at least three attorneys he contacted and the reasons they refused to take the case. On his completed Questionnaire, however, Chalfant indicated that he has contacted only one attorney regarding the case. (Docket #9.) The Defendant was granted until May 14, 2009, to supplement his Questionnaire and advised that if he did not provide the names of three attorneys he had contacted, his request for counsel would be summarily denied.

The Defendant has failed to supplement his Questionnaire for Appointment of Counsel by the required date. Accordingly, his request for counsel is DENIED.

SO ORDERED.

Enter for this 16th day of September, 2009.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge